UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA CAHOURS,

Plaintiff,

v. Case No: 2:15-cv-398-FtM-38CM

BRITTANY PARTNERS IV LLC,

Defendant.
_______________________________/

**ORDER**[1]

This matter comes before the Court on Plaintiff Patricia Cahours and Defendant Brittany Partners IV LLC's Joint Stipulation for Dismissal With Prejudice (Doc. #13) filed on August 14, 2015. The parties stipulate to dismissing the above-captioned case voluntarily under Rule 41(a)(1) of the Federal Rules of Civil Procedure, which allows a plaintiff to dismiss an action without court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Both parties have signed the Stipulation, and each side will bear its own attorneys' fees and costs. (Doc. #13). The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Patricia Cahours and Defendant Brittany Partners IV LLC's Joint Stipulation for Dismissal With Prejudice (Doc. #13) is **GRANTED**.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of August, 2015.

Sheri Polster Chappell
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record